### Stanley Troski et al. *v.* Stop and Shop Holdings, Inc.
### (12967)

O'Connell, Lavery and Spear, Js.

Argued May 3—decision released May 24, 1994

*Charles K. Thompson,* for the appellants (plaintiffs).

*Gerard McEnery,* for the appellee (defendant).

Per Curiam. The judgment is affirmed.